UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Brud Rossman,

    Plaintiff

v.

Chemi Peres,

    Defendant

2:15-cv-02363-JAD-GWF

**Order Adopting Report and Recommendation and Dismissing and Closing Case**

[ECF No. 4]

    On July 21, 2016, Magistrate Judge Foley denied pro se plaintiff Brud Rossman's application to proceed *in forma pauperis* without prejudice and gave Rossman until August 5, 2016, to file an amended IFP application curing the deficiencies outlined in that order.[1] Because Rossman did not comply with that order or request an extension to do so, the magistrate judge now recommends that I dismiss this case with prejudice.[2]

    "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Objections to the magistrate judge's report and recommendation were due by September 19, 2016, and Rossman has not filed an objection or requested an extension to do so. Accordingly,

    IT IS HEREBY ORDERED that **the magistrate judge's report and recommendation [ECF No. 4] is ADOPTED, and this case is DISMISSED with prejudice.**

---

[1] ECF No. 2.

[2] ECF No. 4.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1 | The Clerk of Court is directed to CLOSE THIS CASE.

2 | Dated this 22nd day of September

_____
Jennifer A. Dorsey
United States District Judge